# IN THE UNITED STATES DISTRICT COURT

# FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **DAVID WILKERSON,** | ) |
| **Plaintiff,** | ) ) ) |
| vs. | ) CIVIL NO. 08-cv-658-DRH |
| **CLEVY KIM, et al.,** | ) ) ) |
| **Defendants.** | ) |

## MEMORANDUM AND ORDER

**HERNDON, Chief Judge:**

This matter is before the Court *sua sponte*. On March 26, 2009, the Court denied Plaintiff's motion to proceed *in forma pauperis* finding that Plaintiff had accrued "3 strikes" prior to commencing this action under 28 U.S.C. § 1915(g) and was not in imminent danger of serious physical injury. *See* (Doc. 7). Plaintiff was given until June 17, 2009, to pay the full filing fee. *See* (Doc. 13). As of today, the Court still has not received Plaintiff's filing fee. Accordingly, this case is **DISMISSED**, with prejudice, pursuant to Rule 41(b) of the Federal Rules of Civil Procedure. See *Ladien v. Astrachan,* 128 F.3d 1051 (7th Cir. 1997)*; Johnson v. Kamminga,* 34 F.3d 466 (7th Cir. 1994).

**IT IS SO ORDERED**.

**DATED:** June 22, 2009.

/s/    DavidRHerndon
**DISTRICT JUDGE**