# IN THE UNITED STATES DISTRICT COURT

# FOR THE SOUTHERN DISTRICT OF ILLINOIS

| DAVID WILKERSON, | ) |
|---|---|
| Plaintiff, | ) ) ) |
| vs. | ) CIVIL NO. 08-cv-658-DRH ) |
| CLEVY KIM, et al., | ) ) |
| Defendants. | ) |

## JUDGMENT

    This action came before the Court *sua sponte*. On June 2, 2009, the Court ordered Plaintiff to pay the full filing fee no later than June 17, 2009, warning him that failure to comply would result in dismissal of this action. FED.R.CIV.P. 41(b); *see generally Ladien v. Astrachan,* 128 F.3d 1051 (7th Cir. 1997)*; Johnson v. Kamminga,* 34 F.3d 466 (7th Cir. 1994). Following Plaintiff's failure to pay the filing fee within the time alloted, the Court has rendered the following decision:

    **IT IS ORDERED AND ADJUDGED** this action is dismissed for failure to comply with an order of this Court. Dismissal is with prejudice. Judgment is entered in favor of Defendants and against Plaintiff. Plaintiff shall take nothing from this action.

                                          By:    /s/    DavidRHerndon

*Date* June 22, 2009                                          *District Judge*